UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Thomas J. McGill,
    Plaintiff

v.                                             C.A. No. 09-80S

Citizens Financial Group, Inc,
    Defendant

## ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on March 27, 2009 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed to the Report and Recommendation, Plaintiff's Motion to Remand to State Court is GRANTED.

By Order,

/s/ Wendy Leile
Deputy Clerk

ENTER:

/s/ William E. Smith
William E. Smith
United States District Judge

Date: 4/15/09